Argued and submitted September 2, 2004, reversed and remanded
January 12, 2005

In the Matter of the Compensation of
Rosemary A. Barnes, Claimant.

Rosemary A. BARNES,
*Petitioner,*

*v.*

LIBERTY NORTHWEST
INSURANCE CORPORATION,
*Respondent.*

03-00675; A122547

103 P3d 685

Robert F. Webber argued the cause for petitioner. With him on the briefs was Black, Chapman, Webber, Stevens & Petersen.

David O. Wilson argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Reversed and remanded. *Fitch v. Solesbee Cutting*, 196 Or App 632, 103 P3d 1169 (2004); OAR 438-012-0090(1).